# United States Bankruptcy Court
SOUTHERN DISTRICT OF GEORGIA

In the matter of: )
   TAMILYA D McTEAR )
    )
    ) Chapter <u>13</u>  Case No. <u>22-50001-MJK</u>
   Debtor(s) )
    )
    )

### NOTICE OF MODIFICATION OF CHAPTER 13 PLAN AFTER CONFIRMATION

Pursuant to 11 U.S.C. § 1329, a proposed modification to the plan has been filed in this case, as shown on the copy attached hereto.

This modification may result in a reduction of the dividend to unsecured creditors. Secured and priority creditors may also be affected.

"Any holder of a secured claim that has accepted or rejected the plan is deemed to have accepted or rejected, as the case may be, the plan as modified, unless the modification provided for a change in the rights of such holder from what such rights were under the plan before modification, and such holder changes such holder's previous acceptance or rejection." 11 U.S. C. § 1323(c) (made applicable by § 1329(b)(1)).

If you have legal grounds to object to the modified plan, or if you wish the Court to consider your views on the plan, you must file a written objection to the modified plan with the Clerk of the Bankruptcy Court before the expiration of twenty-one (21) days from the date stated in the certificate of service, pursuant to Fed. R. Bankr. P. 3015(h).

If you mail your objection to the court, you must mail it early enough so that it will be received within the time referenced above. You must also send a copy of your objection to the Proponent(s) of the modification. If a timely objection is filed, you will receive notice of the date, time and place of a hearing. If you or your attorney do not take these steps, the Court will decide that you do not oppose the modified plan and will enter an order confirming the plan as modified.

Date: <u>10-11-2022</u>

/s/Clyde W Royals
Attorney for Proponent(s) of Modification
   Clyde W Royals, Attorney  Ga Bar 617690
   239 Peterson Ave S  Douglas, GA 31533

Lucinda Rauback, Clerk
United States Bankruptcy Court
Southern District of Georgia

Revised 1/2/18

# UNITED STATES BANKRUPTCY COURT
## Southern District of Georgia

In re:   TAMILYA D McTEAR

Debtor(s).

Chapter **13**
Case No. 22-50001-MJK

AMENDED
**MODIFICATION TO CHAPTER 13 PLAN AFTER CONFIRMATION**

1. ___TAMILYA D McTEAR___, the Proponent(s) of the modification, file(s) this motion to modify the plan confirmed previously in this case as follows:

   a. Increase payments as follows: $885.00 to allow for added vehicle.

   b. Decrease payments as follows:

   c. Surrender of Collateral. The following collateral is surrendered to the creditor to satisfy the secured claim to the extent shown below upon confirmation of this proposed modification. The Proponent(s) request(s) that upon confirmation of the plan, as modified, the stay under 11 U.S.C. § 362(a) be terminated as to the collateral only and that the stay under 11 U.S.C. § 1301 be terminated in all respects. Any allowed deficiency balance resulting from a creditor's disposition of the collateral will be treated as an unsecured claim in paragraph 4(h) of the plan if the creditor amends its previously-filed, timely claim within 180 days from the entry of the order confirming this proposed modification or by such additional time as the creditor may be granted upon motion filed within that 180-day period.

   | **CREDITOR** | **DESCRIPTION OF COLLATERAL** | **AMOUNT OF CLAIM SATISFIED** |
   |---|---|---|
   | | | |

   | | Creditor | Collateral | Secured Value | Amount of payment |
   |---|---|---|---|---|
   | d. Other Provisions: | JOHNSON AUTO | 2014 Dodge Journey | $3,100.00 | $ 70.00 |

2. Proponent(s) assert(s) as the basis for the modification the following facts:

3. Except as provided herein, all terms of the plan as previously confirmed remain in full force and effect.

| 10-11-2022 | /s/Tamilya D McTear |
|---|---|
| *Date* | *Proponent 1* |
| | |
| | *Proponent 2* |

IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

CERTIFICATE OF SERVICE

I, Clyde W. Royals, attorney for **TAMILYA D McTEAR,** **Case Number:22-50001**, certify that I served a copy of the within NOTICE of MODIFICATION of PLAN, MODIFICATION of CHAPTER 13 PLAN AFTER CONFIRMATION on:

| | |
|---|---|
| M. Elaina Massey | JOHNSON'S AUTO |
| Court daily summary@Ch13bwk.com | 2050 Broxton Road |
| courtdailybackup@ch13bwk.com | Douglas, GA 31533 |

Debtor is notifying all creditors listed on the enclosed mailing matrix of the modification of plan. All creditors listed on the enclosed matrix have been served with a Notice of Modification and Certificate of Service by United States mail, to said parties in properly addressed envelopes with sufficient postage affixed thereto to insure delivery.

I certify under penalty of perjury that the foregoing is true and correct.

This 11th day of October, 2022.

Submitted by:

/s/ Clyde W. Royals
Clyde W. Royals
Attorney for Debtor
Ga. Bar No. 617690

239 S. Peterson Ave.
Douglas, Georgia   31533
Telephone: (912) 384-5551
Facsimile: (912) 384-4560

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113J-5<br>Case 22-50001-MJK<br>Southern District of Georgia<br>Waycross<br>Wed Oct 26 13:51:31 EDT 2022 | ACIMA<br>13907 Minuteman Dr<br>5th Floor<br>Draper, UT 84020-9869 | Access Loan<br>831 Peterson Avenue<br>Douglas, GA 31533-5234 |
| Ashley Funding Services, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | CRMC<br>P O Box 1227<br>Douglas, GA 31534-1227 | Credit Bureau Assn<br>321 Main Street<br>Tifton, GA 31794-4897 |
| Credit One Bank<br>P O Box 60500<br>City of Industry, CA 91716-0500 | EXETER<br>P O Box 166008<br>Irving, TX 75016-6008 | Eagle Valley Lending<br>#30 Tonto Apache Reservation<br>Suite 138<br>Payson, AZ 85541-5556 |
| Exeter Finance LLC<br>PO Box 650693<br>Dallas, TX 75265-0693 | Exeter Finance LLC, c/o AIS Portfolio Servic<br>4515 N Santa Fe Ave. Dept. APS<br>Oklahoma City, OK 73118-7901 | Exeter Finance, LLC<br>4515 N Santa Fe Ave. Dept. APS<br>Oklahoma City, OK 73118-7901 |
| (p)FARMERS FURNITURE<br>ATTN CORPORATE CREDIT DEPT<br>PO BOX 1140<br>DUBLIN GA 31040-1140 | GRAIN Credit<br>3135 Glendale Blvd<br>Los Angeles, CA 90039-1805 | JOHNSON AUTO<br>2050 Broxton Road<br>Douglas, GA 31533-8102 |
| JOHNSON PREOWNED<br>2050 Broxton Road<br>Douglas, GA 31533-8102 | JOHNSON'S AUTO<br>2050 Broxton Road<br>Douglas, GA 31533-8102 | (p)JEFFERSON CAPITAL SYSTEMS LLC<br>PO BOX 7999<br>SAINT CLOUD MN 56302-7999 |
| LVNV Funding, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | M. Elaina Massey<br>Post Office Box 1717<br>Brunswick, GA 31521-1717 | Tamilya D McTear<br>409 Latisha Avenue S<br>Douglas, GA 31533 |
| Office of the U. S. Trustee<br>33 Bull Street, Suite 400<br>Savannah, GA 31401-3331 | (p)PERITUS PORTFOLIO SERVICES II  LLC<br>PO BOX 141419<br>IRVING TX 75014-1419 | Pink Dogwood 13, LLC<br>PO BOX 1931<br>Burlingame, CA 94011-1931 |
| Quantum3 Group LLC as agent for<br>CF Medical LLC<br>PO Box 788<br>Kirkland, WA  98083-0788 | Rapid Loan<br>PO Box 215<br>Batesland, SD 57716-0215 | Clyde W. Royals<br>239 S. Peterson Ave.<br>Douglas, GA 31533-5238 |
| Philip L. Rubin<br>Lefkoff, Rubin, Gleason & Russo, PC<br>5555 Glenridge Connector, Ste 900<br>Atlanta, GA 30342-4762 | Security Finance<br>919A West Ward Street<br>Douglas, GA 31533-3537 | TITLE MAX<br>1006 S Peterson Avenue<br>Douglas, GA 31533-5002 |

| | | |
|---|---|---|
| (p)TMX FINANCE LLC FORMERLY TITLEMAX<br>15 BULL STREET<br>SUITE 200<br>SAVANNAH GA 31401-2686 | Verizon<br>P O Box 489<br>Newark, NJ 07101-0489 | Verizon<br>by American InfoSource as agent<br>4515 N Santa Fe Ave<br>Oklahoma City, OK 73118-7901 |
| World Finance<br>1018 S Pierce St<br>Alma, GA 31510-3716 | World Finance c/o World Acceptance Corp.<br>Attn: Bankruptcy Processing Center<br>PO Box 6429<br>Greenville, SC 29606-6429 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Farmers Furniture<br>P O Box 1140<br>Dublin, GA 31040 | (d)Farmers Home Furniture<br>Attn: Corporate Credit Department<br>P.O. Box 1140<br>Dublin, GA 31040 | Jefferson Capital Systems LLC<br>Po Box 7999<br>Saint Cloud MN 56302-9617 |
| Pendrick Capital Partners, LLC<br>Peritus Portfolio Services II, LLC<br>PO BOX 141419<br>IRVING, TX 75014-1419 | TitleMax of Georgia, Inc.<br>15 Bull Street, Suite 200<br>Savannah, GA 31401 | End of Label Matrix<br>Mailable recipients    34<br>Bypassed recipients     0<br>Total                  34 |